```
          UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 05 B 42654
   STANLEY P SZOT
                                               CHAPTER 13

                                               JUDGE: JOHN H SQUIRES
       Debtor
   SSN XXX-XX-2918


-------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.   The case was filed on 10/02/05 and confirmed on 12/23/05.

     2.   The plan is paid in full.

     3.   The Debtor paid a total of $   20345.00 .

     4.   The Trustee made disbursements to creditors as follows:

-------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID           PAID
-------------------------------------------------------------------------------
COUNTRYWIDE FINANCIAL      CURRENT MORTG         .00            .00            .00
COUNTRYWIDE FINANCIAL      MORTGAGE ARRE   11275.85            .00       11275.85
NATIONAL CITY MORTGAGE     SECURED              .00            .00            .00
NATIONAL CITY MORTGAGE     MORTGAGE ARRE     503.97            .00         503.97
MAPLE HOLLOW CONDOMINIUM   SECURED          1438.50            .00        1438.50
RESURGENT CAPITAL SERVIC   UNSECURED        1031.00            .00         154.65
ECAST SETTLEMENT CORPORA   UNSECURED        2288.57            .00         343.29
RESURGENT CAPITAL SERVIC   UNSECURED        4058.31            .00         608.75
RESURGENT CAPITAL SERVIC   UNSECURED        1123.75            .00         168.56
CITIBANK NA                UNSECURED       NOT FILED           .00            .00
RESURGENT CAPITAL SERVIC   UNSECURED        3332.69            .00         499.90
EDUCATION LOAN SERVICING   UNSECURED        4665.88            .00         699.88
CITIBANK STUDENT LOANS     UNSECURED       NOT FILED           .00            .00
NICOR GAS                  UNSECURED       NOT FILED           .00            .00
ECAST SETTLEMENT CORPORA   UNSECURED        2332.80            .00         349.92
RESURGENT CAPITAL SERVIC   UNSECURED        1090.16            .00         163.52
         Summary of disbursements:
-------------------------------------------------------------------------------
                     SECURED       PRIORITY     UNSECURED      OTHER         TOTAL

TOTAL CLMS ALLOWED   13218.32          .00      19923.16         .00      33141.48
PRINCIPAL PAID       13218.32          .00       2988.47         .00      16206.79
INTEREST PAID             .00          .00            .00        .00           .00
TOTAL PAID           13218.32          .00       2988.47         .00      16206.79
The Debtor's attorney, RICHARD E SEXNER                , was allowed $   3932.50
and was paid $    771.00  direct and $   3161.50  through the plan.

The Trustee received $     973.71 .

Refunds to the Debtor totaled $       3.00 .
```

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 08/19/08                            /S/
                                     GLENN STEARNS
                                     CHAPTER 13 TRUSTEE










                              PAGE   2
       CASE NO. 05 B 42654 STANLEY P SZOT